NO. 07-12-0135-CR
NO. 07-12-0136-CR
NO. 07-12-0137-CR
NO. 07-12-0138-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 3, 2013
_____

RICARDO CAVAZOS,

Appellant

V.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NOS. 51,006-C, 51,007-C, 51,008-C, & 51,009-C;
HON. PATRICK A. PIRTLE, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Ricardo Cavazos, appeals his four convictions that occurred in 2006. The Court of Criminal Appeals granted him an out-of-time appeal in all four cases. Through a single issue, he contends that the trial court erred by requiring him to pay

$1,225.00 in attorney's fees in trial court cause number 51,006-C. The State agrees and requests that we delete the award of attorney's fees in the amount of $1,225.00.

Based on appellant's brief and the State's response, we consider and sustain the sole issue presented as to trial court cause number 51,006-C, appellate cause number 07-12-00135-CR, modify the trial court's judgment by deleting from it the assessment of prior court-appointed attorney's fees in the amount of $1,225.00 against appellant, and affirm the trial court's judgment of conviction in cause number 51,006-C as modified. As to the judgments in trial court cause numbers 51,007-C, 51-008-C, and 51,009-C, we note that no attorney's fees were awarded. Therefore, we affirm those judgments.

Accordingly, we affirm the trial court's judgment in 51,006-C as modified and affirm the trial court's judgments in 51,007-C, 51,008-C, and 51,009-C.


Brian Quinn
Chief Justice

Do not publish.